

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ,**
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Carlos A. Muniz, counsel for appellants, has filed a motion to withdraw as counsel. *See* TEX. R. APP. P. 6.5. Appellants have not objected to the motion. We GRANT Muniz's motion and ORDER Muniz to notify appellants, in writing, that the reporter's record is currently due on March 27, 2014. *See id.* Muniz must file a copy of that notice with the Clerk of this Court.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

Keith E. Hottle
Clerk of Court